

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00637-CV

Samantha **SALINAS**,
Appellant

v.

Kathryn Gene **TORRES**, Morris Stanley McManigal, III & Dana Cheryle Mule,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2022-0076
Honorable Wade J. Hedtke, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: February 1, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on October 28, 2022. Appellant failed to file her brief or a motion for extension of time. We issued an order informing appellant that her brief was overdue and directing her to file her brief on or before January 19, 2023. We warned appellant that if her brief was not filed by January 19, 2023, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c)

(allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant failed to file her brief. We, therefore, dismiss this appeal for want of prosecution.

PER CURIAM